No. 04–180. BURLESON v. HANCOCK COUNTY SHERIFF'S DEPARTMENT CIVIL SERVICE COMMISSION ET AL. Ct. App. Miss.

Motion of North Carolina et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.